IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YORDY DANIEL HURTADO HURTADO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMAL L. JAMISON, in his official capacity as Facility Administrator of the Philadelphia Federal Detention Center, ET AL. | : : : | NO. 25-6717 |
| | : | |

## ORDER

**AND NOW**, this 18th day of December, 2025, upon consideration of Petitioner Yordy Daniel Hurtado Hurtado's Petition for Writ of Habeas Corpus (Docket No. 1), the Government's response thereto, and Petitioner's Reply, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), and is instead subject to detention, if at all, pursuant to the provisions of 8 U.S.C. § 1226.

3. The Government shall immediately **RELEASE** Hurtado from custody.

4. The Government shall certify compliance with Paragraph 3 of this Order by filing, no later than 1:00 p.m. tomorrow, a certification of Hurtado's custody status.

5. If the Government chooses to pursue re-detention of Hurtado pursuant to § 1226(a), it must afford him a bond hearing before a neutral immigration judge as that provision requires.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.